# DESIGNATION OF DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, under Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Thomas E. Johnston, Chief United States District Judge for the Southern District of West Virginia, to hold court in the Western District of North Carolina in the case of *Meyers v. Reidinger et al.,* No. 3:23-cv-00812-MR, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matters.

_____
G. Steven Agee[1]
Circuit Judge
Fourth Circuit

Dated: January 3, 2024

---

[1] Acting as Chief Circuit Judge pursuant to 28 U.S.C. § 45(d).